1  Bruce D. Praet SBN 119430
   FERGUSON, PRAET & SHERMAN
2  A Professional Corporation
   1631 East 18th Street
3  Santa Ana, California  92705
   (714) 953-5300 telephone
4  (714) 953-1143 facsimile
   bpraet@aol.com
5
   Attorneys for Defendants
6

7

8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10

11
   MERON MESHESHE,                    )  No. CV10 4381 PA (JCx)
12                                    )
            Plaintiff,                )  **ORDER re STIPULATION**
13                                    )  **EXTENDING TIME TO FILE**
   v.                                 )  **FIRST AMENDED COMPLAINT**
14                                    )  **AND RESPONSE**
   CITY OF SANTA BARBARA; OFFICER     )
15 A. FELLER, #2948, OFC. RULLMAN,    )
   #7869, OFC. J. PALKA, #7083, OFC. C. )  NOTE: CHANGES MADE BY THE
16 KUSHNER, #5197, OFC. D. WILLIAMS,  )  COURT
   #9472, SGT. B. GAONA, #3295, OFC. A. )
17 CRUZ, #2177, OFC. D. KLUG, #1967,  )
   DET. D. ENSIGN, #2867, OFC. K.     )
18 WOJCIECHOSKI, #9645, OFC. N. RIVAS, )
   #7733, OFC. M. TONELLO, #1959, OFC. )
19 D. HEDGES, #4271, SGT. PFLEGING,   )
   #7250, OFC. C. TERRENCE, #8736, OFC. )
20 M. LAZARUS, #5388, CHIEF OF POLICE )
   CAM SANCHEZ; and DOES 1 through 10, )
21 Inclusive,                         )
                                      )
22                                    )
            Defendants.                )
23 _____)

24

25 ///

26 ///

27 ///

28 ///

1  Pursuant to stipulation by and between the parties through their respective
2  counsel, Plaintiff may have **twenty (20) days** from August 2, 2010, to file and
3  serve a First Amended Complaint.  Any served Defendants will thereafter have
4  twenty (20) days to file a responsive pleading.

5  IT IS SO ORDERED:

7  Dated: August 4, 2010

_____
United States District Judge

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Cathy Sherman, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action. My business address is 1631 East 18th Street, Santa Ana, California 92705-7101.

On August 2, 2010, I served the foregoing **[PROPOSED] ORDER re STIPULATION EXTENDING TIME TO FILE FIRST AMENDED COMPLAINT AND RESPONSE** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Gary S. Casselman
Law Offices of Gary S. Casselman
3415 S. Sepulveda Blvd., Ste. 100
Los Angeles, CA 90034
Garyscasselman@gmail.com

___ (By Mail) I placed such envelope for deposit in accordance with office practice, sealed, with postage thereon fully paid and the correspondence to be deposited in the United States mail at Santa Ana, California on the same day.

XXX (By e-filing) The above noted individuals are registered with the Court to receive notice of electronically filed documents. Per ECF rules, hard copies must be served only on parties who are not set up for electronic notification.

XXX (Federal) I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 2, 2010, at Santa Ana, California.

        /s/   Cathy Sherman
        Cathy Sherman